

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00047-CR

LEAVELLE FRANKLIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 13F1054-102

Before Morriss, C.J., Moseley and Carter,* JJ.
Memorandum Opinion by Justice Carter

*Jack Carter, Justice, Retired, Sitting by Assignment

## MEMORANDUM OPINION

Leavelle Franklin appeals from his convictions of three counts of aggravated sexual assault of his six-year-old daughter, Barbara Johnson (pseudonym), with two previous felony convictions. Franklin has filed a single brief in which he raises issues common to all of his appeals.[1] Franklin argues that the trial court committed reversible error (1) in admitting a Sexual Assault Nurse Examiner's reports over his hearsay objection, (2) in limiting cross-examination of the forensic interviewer, which was designed to uncover inconsistencies in Barbara's and Tasha's statements, (3) in exempting the Child Advocacy Center's clinical director from the witness sequestration rule, and (4) by overruling his objection to comments made during the State's closing argument.

We addressed these issues in detail in our opinion of this date on Franklin's appeal in cause number 06-14-00046-CR. For the reasons stated therein, we likewise conclude that harmful error has not been shown in this case.

---

[1]In our case number 06-14-00046-CR, Franklin also appeals from his convictions of three counts of aggravated sexual assault of his seven-year-old daughter, Tasha Johnson (pseudonym), with two previous felony convictions.

We affirm the trial court's judgment.


Jack Carter
Justice

Date Submitted:     February 5, 2015
Date Decided:       March 10, 2015

Do Not Publish